FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 22  PM 3: 33

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## AUGUSTA DIVISION

EUGENE CHRIS BROWN,               )
                                  )
            Plaintiff,            )
                                  )
    v.                            )         CV 105-118
                                  )
                                  )
RICHMOND COUNTY CORRECTIONAL )
INSTITUTION et al.,               )
                                  )
            Defendants.           )

---

## ORDER

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.  The complaint is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 22nd day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE